IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| STATE AUTO MUTUAL INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| vs. | ) CASE NO. C03-4009MWB<br>) |
| DOVER CONSTRUCTION, INC., an Illinois Corporation, | )<br>)<br>)<br>) |
| Defendant. | ) |

**STATEMENT OF ADDITIONAL AND DISPUTED MATERIAL FACTS IN SUPPORT OF RESISTANCE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON REQUEST FOR DECLARATORY RELIEF**

COMES NOW the Defendant, Dover Construction, Inc., and pursuant to Rules 56.1(b)(2) & (3) of the Local Rules and in support of the Resistance to the Request for Relief of Plaintiff and hereby responds to Plaintiff's Statement of Material Facts and states additional material facts which preclude summary judgment as follows:

1-24. Defendant accepts as undisputed statements 1-24 of Plaintiff's Statement of Undisputed Material Facts in Support of Request for Declaratory Relief.

25. In its memorandum opinion and order regarding summary judgment motions involving claims by and against Woods Masonry, filed June 2, 2003 in C00-4100MWB, this Court held that Woods has no obligation to indemnify Dover for Dover's own negligence. It further held that Woods does have an obligation to indemnify Dover for Woods' negligence.

26. On June 11, 2003, Plaintiff made his initial settlement demand to Dover and Woods. The demand is in the amount of $1,525,000. Plaintiff asserts that the entire jury verdict will be collectable against Dover, as the general contractor, and that Dover would then have the opportunity to recover on its indemnity claims.

27. On June 13, 2003, State Auto Insurance Company, which had agreed to provide a defense for Dover Construction pursuant to the subcontract agreement between Dover Construction and Woods Masonry, Inc., advised that the per-occurrence general liability coverage for Woods Masonry, Inc., under the subject policy is $500,000 and that there is no umbrella policy with State Auto Insurance Company.

DATED this 23rd day of June 2003.

HEIDMAN, REDMOND, FREDREGILL,
PATTERSON, PLAZA, DYKSTRA & PRAHL, L.L.P.

BY: _____
JOHN C. GRAY, WO0001915
701 Pierce Street, Suite 200
Post Office Box 3086
Sioux City, Iowa 51102
Telephone: (712) 255-8838
Facsimile: (712) 258-6714

ATTORNEYS FOR DEFENDANT
DOVER CONSTRUCTION, INC.

COPY TO:

Jason D. Walke
317 Sixth Ave, 6th Floor
Des Moines, IA 50309

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the attorneys of record of all parties to the above-entitled cause by enclosing the same in an envelope addressed to each such attorney at his respective address as disclosed by the pleadings of record herein, with postage fully paid, and by depositing said envelope in a United States Post Office depository in Sioux City, Iowa on the 23 day of June, 2003.

_____

80-1

2
Case 5:03-cv-04009-MWB   Document 16-3   Filed 06/23/03   Page 2 of 2