FILED
U.S. District Court
Northern District of Iowa
July 30, 2003
By: pm
Copies mailed/faxed to counsel of record, pro se parties
and others listed here:

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| STATE AUTO MUTUAL INSURANCE COMPANY, | )<br>)<br>) CASE NO. C03-4009MWB |
| Plaintiff, | )<br>) |
| vs. | )<br>) JUDGMENT IN A CIVIL CASE |
| DOVER CONSTRUCTION, INC., | )<br>) |
| Defendant. | ) |

This matter came before the Court and

**IT IS ORDERED AND ADJUDGED THAT** Plaintiff, STATE AUTO MUTUAL INSURANCE COMPANY ("State Auto"), has no duty to indemnify Defendant, DOVER CONSTRUCTION, INC. ("Dover"), for damages resulting from Dover's negligence in Eischeid v. Dover Construction, Inc., C00-4100-MWB.

**IT IS FURTHER ORDERED AND ADJUDGED THAT** State Auto has a duty to defend Dover in Eischeid v. Dover Construction, Inc., C00-4100-MWB.

DATED: July 30, 2003

_____
MARK W. BENNETT
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

03cv4009jgm0730.wpd